IN THE

FILED
UTAH APPELLATE COURTS

JUL 1 7 2015

## SUPREME COURT OF THE STATE OF UTAH

FRED C. COX,
*Petitioner,*

*v.*

SPENCER J. COX, in his capacity as
Lieutenant Governor of the State of Utah,
*Respondent.*

Case No. 20150261-SC

## ORDER

This matter is before the Court on a petition for extraordinary relief. The petition pertains to a contemplated referendum for the repeal of HB 454, entitled "Prison Development Amendments," enacted by the Utah Legislature during the 2015 General Session, which ended on March 12, 2015. The petition asserts that a group of sponsors prepared a referendum application and that they "attempted to submit their Application on March 27, 2015, but [were] refused and denied that opportunity by the Utah [Lieutenant] Governor's Election Office, based on the [five-day] deadline found in Utah Code, 20A-7-302." The Petitioner has not identified himself as one of the prospective sponsors, and the Court has determined he lacks standing to contest any action or inaction by the Lieutenant Governor with respect to the prospective sponsors' application. Accordingly, the petition is dismissed.

FOR THE COURT

7-17-15

Matthew B. Durrant
Chief Justice